1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**     `JS-6`

| ROBERT W. NUNEZ, JR., | CASE NO. CV10-7550-CAS (FMOx) |
|---|---|
| Plaintiff, | Hon. Christine A. Snyder |
| v. | Courtroom 5 - 2nd Floor |
| TIN, INC. dba TEMPLE-INLAND., a Delaware corporation; ROBERT RENAUD, an individual; and DOES 1 through 250, inclusive, | **ORDER DISMISSING NTIRE ACTION WITH PREJUDICE** |
| Defendants. | **[STIPULATION FILED CONCURRENTLY HEREWITH]** |

1
2
3
4
5
6
7

Pursuant to Stipulation between the parties and FOR GOOD CAUSE SHOWN it is hereby ORDERED that all claims for relief in the above-captioned action brought by plaintiff Robert Nunez against defendant TIN Inc. dba Temple-Inland be, and hereby are, dismissed in their entirety with prejudice pursuant to FRCP Rule 41(a)(1), each side to bear their own fees and costs herein.

8
9

SO ORDERED.

10
11
12

Dated: April 11, 2011

_____
Hon. Christina A. Snyder, Judge
United States District Court

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28